IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RONNIE THORNTON,

    Plaintiff,

v.     CASE NO. 4:11-cv-401-RS-CAS

E. HERCULE, Chief Health Officer,

    Defendant.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 63). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Defendant's Motion for Summary Judgment (Doc. 47) is **GRANTED** as to Plaintiff's § 1983 claim. The Court declines to exercise supplemental jurisdiction over the remaining state-law claim.

3. The Clerk is directed to close the case.

**ORDERED** on August 2, 2013.

        /S/ Richard Smoak
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**